# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PATRICIA L. HAMMONS | : | No. 458 EAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ETHICON, INC. AND JOHNSON & JOHNSON; GYNECARE; SECANT MEDICAL; SECANT MEDICAL INC.; PRODESCO, INC.; AND SECANT MEDICAL, LLC | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC. AND JOHNSON & JOHNSON | : | |
| | : | |
| SHARON CARLINO AND CHARLES CARLINO | : | No. 111 EM 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ETHICON, INC. AND JOHNSON & JOHNSON AND GYNECARE; SECANT MEDICAL; SECANT MEDICAL INC., PRODESCO, INC.; AND SECANT MEDICAL LLC | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC. AND JOHNSON & JOHNSON | : | |
| | : | |
| IN RE: PELVIC MESH LITIGATION | : | No. 112 EM 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: ETHICON, INC.AND JOHNSON & JOHNSON | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue as stated by Petitioner is:

> Whether the Due Process Clause of the Fourteenth Amendment to the United States Constitution and 42 Pa.C.S. § 5322(c) precludes Pennsylvania from asserting personal jurisdiction over two New Jersey companies in a case brought by an Indiana resident asserting claims under the Indiana Product Liability Act.

     The Petitions at 111 EM 2018 and 112 EM 2018 for Extraordinary Relief and/or King's Bench Jurisdiction are **DENIED**.